IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION

Case 6:25-cv-00321

FILED

SEP 15 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

James and Donna Shadwick

Plaintiffs

v.

Powur, Powur PBC

Defendants

# Motion to compel discovery requests

We are asking court to demand from Powur for discovery requests made here.

1. Please submit all change orders with required information as contract states, dated and signed by plaintiffs.

2. SLE Green Energy inspection report validated by SLE Green Energy as correct and not modified in any way. Same report you denied us when done and at arbitration due to a California law you stated.

James Tommy Shadwick
Donna Shadwick