## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| TOMMY SHADWICK, et al., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-321-JDK-JDL |
| | § | |
| POWUR PBC dba POWUR PBC, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order dismissing Plaintiffs' claims, the Court hereby enters Final Judgment. Plaintiffs' claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as moot. The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **31st** day of **October, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE